# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**CHARESE BELL,**

    Plaintiff,

v.

**GENESIS EMC INC.**,

    Defendant.

Civil Action No. 7:13-CV-84 (HL)

## ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. 4). After review of the pleadings and exhibits filed in connection with Defendant's motion, the Court has determined that the best course of action is to allow the parties to engage in limited discovery concerning Plaintiff's efforts to exhaust her administrative remedies. The Court is particularly interested in the "complaint" Plaintiff contends she filed with the EEOC in early April 2012.

Therefore, Defendant's Motion to Dismiss (Doc. 4) is denied without prejudice. The parties shall have until October 11, 2013 to conduct discovery solely on the issue of whether Plaintiff has exhausted her administrative remedies. Defendant shall then have until October 25, 2013 to re-file its motion to dismiss if appropriate. The standard response and reply times will apply to the related briefing. If Defendant chooses not to re-file its motion to dismiss, the Court will enter a scheduling and discovery order to govern the case.

With the exception of the discovery permitted under this Order, the discovery stay entered on July 23, 2013 remains in full force and effect.

**SO ORDERED**, this the 29th day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh