# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHARESE BELL,**  Plaintiff,  v.  **GENESIS EMC INC.**,  Defendant. | Civil Action No. 7:13-CV-84 (HL) |

## ORDER

This case is before the Court on a review of Defendant's Renewed Motion to Dismiss (Doc. 17). The Court hereby notifies the parties that it has deemed it appropriate to convert Defendant's Renewed Motion to Dismiss into a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d). Defendant shall have until January 31, 2014 to make any desired changes to its motion and present a supporting statement of undisputed material facts. Plaintiff's response brief, and any reply brief from Defendant, shall conform to the deadlines and procedures governing summary judgment motions as set out in this Court's Local Rules and the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 3rd day of January, 2014.

*/s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh